B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**District of Nevada** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**King, Larry Dean** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**King, Cheryl Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9187** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0149** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5672 Maceta Ave**<br>**Las Vegas, NV**                     ZIP Code **89103** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5672 Maceta Ave**<br>**Las Vegas, NV**                     ZIP Code **89103** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13              ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                         Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **King, Larry Dean**<br>**King, Cheryl Ann** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  /s/ Anthony J. DeLuca                    April 16, 2008**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Anthony J. DeLuca** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **King, Larry Dean** <br> **King, Cheryl Ann** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Larry Dean King**
_____
Signature of Debtor  **Larry Dean King**

X **/s/ Cheryl Ann King**
_____
Signature of Joint Debtor **Cheryl Ann King**

_____
Telephone Number (If not represented by attorney)

**April 16, 2008**
_____
Date

### Signature of Attorney*

X **/s/ Anthony J. DeLuca**
_____
Signature of Attorney for Debtor(s)

**Anthony J. DeLuca 006952**
_____
Printed Name of Attorney for Debtor(s)

**DeLuca & Associates**
_____
Firm Name

**5830 West Flamingo Road**
**Suite 233**
**Las Vegas, NV 89103**
_____
Address

**(702) 873-5386  Fax: (702) 873-5903**
_____
Telephone Number

**April 16, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of Nevada

In re   **Larry Dean King**
         **Cheryl Ann King**                                 Case No. _____

                                      Debtor(s)            Chapter    **13** _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Larry Dean King**
                                 **Larry Dean King**
Date:  **April 16, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of Nevada

In re    **Larry Dean King**
         **Cheryl Ann King**                     Case No. _____

                                     Debtor(s)         Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Cheryl Ann King**
                          **Cheryl Ann King**

Date:  **April 16, 2008**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEVADA**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Anthony J. DeLuca | X /s/ Anthony J. DeLuca | April 16, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**5830 West Flamingo Road
Suite 233
Las Vegas, NV 89103
(702) 873-5386**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Larry Dean King Cheryl Ann King | X /s/ Larry Dean King | April 16, 2008 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Cheryl Ann King | April 16, 2008 |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **Larry Dean King,**
         **Cheryl Ann King**

_____ ,
                                    Debtors

Case No. _____

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 270,000.00 | | |
| B - Personal Property | Yes | 3 | 12,320.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 284,986.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 126,224.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,393.20 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,744.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 282,320.00 | | |
| Total Liabilities | | | | 411,210.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Larry Dean King,**
      **Cheryl Ann King**

Case No. _____

                          Debtors

Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 6,393.20 |
| Average Expenses (from Schedule J, Line 18) | 5,744.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,822.20 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 6,986.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 126,224.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 133,210.94 |

B6A (Official Form 6A) (12/07)

In re    **Larry Dean King,**    Case No. _____
       **Cheryl Ann King**

_____,
                         Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 5671 Maceta Ave, Las Vegas NV** | | **C** | **270,000.00** | **275,119.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **270,000.00** | (Total of this page) |
| | Total > | **270,000.00** | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Larry Dean King,**                                                   Case No. _____
          **Cheryl Ann King**
_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash** | - | **20.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank checking**<br><br>**US Bank savings** | -<br><br>- | **50.00**<br><br>**50.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household goods** | - | **1,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **clothes** | - | **500.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **2,120.00**
(Total of this page)

___**2**___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Dean King,**                                      Case No. _____
       **Cheryl Ann King**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Dean King,**                                                    Case No. _____
         **Cheryl Ann King**
                                                                  ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevy Equinox (32k mi) | C | 8,000.00 |
| | | 1956 Cad Sedan (97k mi) broken down | C | 100.00 |
| | | 1968 Ford Pick Up (125k mi) - broken down | C | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | tax refund/rebate | - | 2,000.00 |

| | |
|---|---|
| Sub-Total > | 10,200.00 |
| (Total of this page) | |
| Total > | 12,320.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Larry Dean King,**
        **Cheryl Ann King**                                 Case No. _____

                                           ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US Bank checking** | **Nev. Rev. Stat. § 21.090(1)(g)** | **50.00** | **50.00** |
| **US Bank savings** | **Nev. Rev. Stat. § 21.090(1)(g)** | **50.00** | **50.00** |
| **Household Goods and Furnishings** | | | |
| **household goods** | **Nev. Rev. Stat. § 21.090(1)(b)** | **1,500.00** | **1,500.00** |
| | **Nev. Rev. Stat. § 21.090(1)(b)** | **0.00** | |
| **Wearing Apparel** | | | |
| **clothes** | **Nev. Rev. Stat. § 21.090(1)(b)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Chevy Equinox (32k mi)** | **Nev. Rev. Stat. § 21.090(1)(f)** | **0.00** | **8,000.00** |
| **1956 Cad Sedan (97k mi) broken down** | **Nev. Rev. Stat. § 21.090(1)(f)** | **100.00** | **100.00** |
| **1968 Ford Pick Up (125k mi) - broken down** | **Nev. Rev. Stat. § 21.090(1)(z)** | **100.00** | **100.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **tax refund/rebate** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1,900.00** | **2,000.00** |
| | **Nev. Rev. Stat. § 21.090(1)(aa)** | **100.00** | |

| | Total: | **4,300.00** | **12,300.00** |
|---|---|---|---|

  _0_   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Larry Dean King,**                                          Case No. _____
           **Cheryl Ann King**
                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **50000100869830** <br><br> **HSBC Auto Finance** <br> **Bankruptcy Notices** <br> **Po Box 17909** <br> **San Diego, CA 92177** | | W | **Opened 2/11/05 Last Active 1/31/08** <br><br> **Auto Loan** <br><br> **2005 Chevy Equinox (32k mi)** <br><br> Value $              **8,000.00** | | | | 9,867.00 | 1,867.00 |
| Account No. **00000000015386923** <br><br> **Litton Loan Servicing** <br> **Attention: Bankruptcy** <br> **4828 Loop Central Drive** <br> **Houston, TX 77081** | | H | **Opened 10/04/06 Last Active 1/14/08** <br><br> **Mortgage** <br><br> **Location: 5671 Maceta Ave, Las Vegas NV** <br><br> Value $          **270,000.00** | | | | 275,119.00 | 5,119.00 |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal <br> (Total of this page) | 284,986.00 | 6,986.00 |
| | Total <br> (Report on Summary of Schedules) | 284,986.00 | 6,986.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Larry Dean King,**                                                              Case No. _____
         **Cheryl Ann King**
                                                                          ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**      continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Larry Dean King,**
      **Cheryl Ann King**    Case No. _____

                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D23216N1**<br><br>**Acct Corp**<br>**4955 South Durango Suite 177**<br>**Las Vegas, NV 89113** | | W | **Opened  3/01/07  Last Active  4/01/07**<br>**Med1 Urology Specialists Of Nv** | | | | **51.00** |
| Account No. **019820067-02**<br><br>**AFNI**<br>**P.O Box 3427**<br>**Bloomington, IL 61702** | | C | | | | | **41.71** |
| Account No. **2023333827**<br><br>**Afni, Inc.**<br>**Attn: DP Recovery Support**<br>**Po Box 3427**<br>**Bloomington, IL 61702** | | W | **Opened  5/07/07  Last Active  6/01/07**<br>**Collection T-Mobile** | | | | **365.00** |
| Account No. **122476401**<br><br>**Allied Coll**<br>**3080 S Durango Dr Suite 208**<br>**Las Vegas, NV 89117** | | W | **Opened  9/01/05  Last Active 10/01/06**<br>**Med1 02 Devyani J Mehta M D** | | | | **188.00** |

__29__  continuation sheets attached

                                        Subtotal
                             (Total of this page)         **645.71**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Dean King,**
    **Cheryl Ann King,**
                                               ,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **120139201** <br><br> **Allied Coll** <br> **3080 S Durango Dr Suite 208** <br> **Las Vegas, NV 89117** | | W | | **Opened  7/01/05  Last Active 10/01/06** <br> **Med1 02 Scott D Fielden M D** | | | | 108.00 |
| Account No. **1351398-1** <br><br> **Allied Collection SVCS** <br> **3080 S. Durango Dr.** <br> **Suite 208** <br> **Las Vegas, NV 89117-9194** | | C | | **Desert Radiologists** | | | | 19.21 |
| Account No. **962250823** <br><br> **Allied Interstate** <br> **PO Box 5023** <br> **New York, NY 10163** | | C | | **Mystery Guild** | | | | 85.44 |
| Account No. **734165018** <br><br> **Allied Interstate** <br> **PO Box 5023** <br> **New York, NY 10163** | | C | | **Doubleday Book Club** | | | | 220.31 |
| Account No. **686574** <br><br> **Allied Interstate** <br> **3000 Corporate Exchange Dr.** <br> **#5 floor** <br> **Columbus, OH 43231** | | C | | | | | | 135.40 |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

568.36

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Dean King,**
     **Cheryl Ann King**

Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **732152822**<br><br>**Allied Interstate**<br>**PO Box 5023**<br>**New York, NY 10163** | C | | | | | | | **82.42** |
| Account No. **141572075382**<br><br>**Allstate Adj**<br>**1050 E Flamingo Rd Suite E320**<br>**Las Vegas, NV 89119** | | W | | **Opened 11/01/02  Last Active 12/01/07**<br>**Med1 02 Southwest Emergency Services** | | | | **443.00** |
| Account No. **141573469869**<br><br>**Allstate Adj**<br>**1050 E Flamingo Rd Suite E320**<br>**Las Vegas, NV 89119** | H | | | **Opened  2/01/07  Last Active 12/01/07**<br>**Med1 02 Southwest Emergency Services** | | | | **402.00** |
| Account No. **141572892964**<br><br>**Allstate Adj**<br>**1050 E Flamingo Rd Suite E320**<br>**Las Vegas, NV 89119** | | W | | **Opened  2/01/05  Last Active 12/01/07**<br>**Med1 02 Southwest Emergency Services** | | | | **402.00** |
| Account No. **141572859043**<br><br>**Allstate Adj**<br>**1050 E Flamingo Rd Suite E320**<br>**Las Vegas, NV 89119** | | W | | **Opened 12/01/04  Last Active 12/01/07**<br>**Med1 02 Southwest Emergency Services** | | | | **272.00** |

Sheet no. **2** of **29** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,601.42**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
      **Cheryl Ann King**

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **141573243714** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | H | | **Opened  4/01/06  Last Active 12/01/07** <br> **Med1 02 Southwest Emergency Services** | | | | 272.00 |
| Account No. **141571991967** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | **Opened  7/01/02  Last Active 12/01/07** <br> **Med1 02 Southwest Emergency Services** | | | | 179.00 |
| Account No. **141571983478** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | **Opened  7/01/02  Last Active 12/01/07** <br> **Med1 02 Southwest Emergency Services** | | | | 155.00 |
| Account No. **141573643809** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | **Opened 10/01/07  Last Active  2/01/08** <br> **Med1 02 Southwest Emergency Services** | | | | 80.00 |
| Account No. **141573179564** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | **Opened  1/01/06  Last Active 12/01/07** <br> **Med1 02 Southwest Emergency Services** | | | | 80.00 |

Sheet no. __3___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

766.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
     **Cheryl Ann King,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **141573179563** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | Opened  1/01/06  Last Active 12/01/07 <br> Med1 02 Southwest Emergency Services | | | | 80.00 |
| Account No. **141573179565** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | Opened  1/01/06  Last Active 12/01/07 <br> Med1 02 Southwest Emergency Services | | | | 80.00 |
| Account No. **141572691334** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | Opened  6/01/04  Last Active 12/01/07 <br> Med1 02 Southwest Emergency Services | | | | 69.00 |
| Account No. **141573469868** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | H | | Opened  2/01/07  Last Active 12/01/07 <br> Med1 02 Southwest Emergency Services | | | | 62.00 |
| Account No. **141573179566** <br><br> **Allstate Adj** <br> **1050 E Flamingo Rd Suite E320** <br> **Las Vegas, NV 89119** | | W | | Opened  1/01/06  Last Active 12/01/07 <br> Med1 02 Southwest Emergency Services | | | | 54.00 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

345.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Dean King,**
     **Cheryl Ann King,**

Case No. _____

                                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **05023577169** <br><br> **American Family Insurance** <br> **c/o CCS** <br> **Two Wells Ave** <br> **Newton Center, MA 02459** | | C | | | | | **40.44** |
| Account No. **0502300943** <br><br> **American Family Insurance** <br> **c/o CCS** <br> **Two Wells Ave** <br> **Newton Center, MA 02459** | | C | | | | | **204.35** |
| Account No. <br><br> **American Recovery Services, Inc** <br> **555 St. Charles Drive Suite 100** <br> **Thousand Oaks, CA 91360** | | C | | | | | **4,783.00** |
| Account No. **19240212** <br><br> **Asset Acceptance** <br> **P.O. Box 2036** <br> **Warren, MI 48090-2036** | | C | Providian Bank/Providian Financial | | | | **847.51** |
| Account No. **252318354** <br><br> **At&t Credit Management** <br> **At&t Credit Manage Po Box 57907** <br> **Murray, UT 84157** | | H | Opened 12/01/00 <br> Other | | | | **123.00** |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,998.30**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
         **Cheryl Ann King**                                                                 Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **469380** <br><br> **Awa Collections** <br> **Po Box 6605** <br> **Orange, CA 92863** | | | W | | **Opened 6/04/02 Last Active 2/01/08** <br> **Collection Arrowhead/Calistoga Water** | | | | 137.00 |
| Account No. **700831** <br><br> **Blalock & Qualey** <br> **20 Bonneville Ave.** <br> **Las Vegas, NV 89101** | | | | C | **Southeast Financial Corp** | | | | 3,938.58 |
| Account No. **4218699** <br><br> **Calvary Portfolio Services** <br> **Attention: Bankruptcy Department** <br> **Po Box 1017** <br> **Hawthorne, NY 10532** | | | W | | **Opened 12/23/04 Last Active 2/01/08** <br> **Collection 11 Sprint Pcs** | | | | 287.00 |
| Account No. **4105654** <br><br> **Canyon Ret** <br> **1820 E Lakemead Dr** <br> **N Las Vegas, NV 89030** | | | W | | **Opened 4/01/01 Last Active 9/01/03** | | | | 9,363.00 |
| Account No. **529107207715** <br><br> **Capital 1 Bank** <br> **Attn: C/O TSYS Debt Management** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | | | | **Opened 11/01/01 Last Active 9/01/03** <br> **CreditCard** | | | | 0.00 |

(Note: "Capital 1 Bank" row shows **H** in Husband column.)

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 13,725.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Dean King,**
      **Cheryl Ann King**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **CAR731-005069701** | | | | | | | | |
| **Cardiovascular Consultants**<br>**861 Coronado Center Rd #211**<br>**Henderson, NV 89052** | C | | | | | | | 297.83 |
| Account No. **03-42725474** | | | | **Desert Springs Hospital** | | | | |
| **CBCS**<br>**PO Box 69**<br>**Columbus, OH 43216** | C | | | | | | | 2,909.66 |
| Account No. **22544** | | | | **Opened 10/14/02**<br>**Collection Cox Comm  L.V. Inc.** | | | | |
| **Clark County Collectio**<br>**6124 W Sahara Ave**<br>**Las Vegas, NV 89146** | | W | | | | | | 1,216.00 |
| Account No. **300648** | | | | **Opened  8/29/07  Last Active  3/01/08**<br>**Collection Pulmonary Specialists Group Nv** | | | | |
| **Clark County Collectio**<br>**6124 W Sahara Ave**<br>**Las Vegas, NV 89146** | | W | | | | | | 211.00 |
| Account No. **C2C13RES011770994** | | | | **Opened  5/01/06  Last Active  3/01/08**<br>**Collection 01 Republic Services Inc** | | | | |
| **Coasttocoast**<br>**101 Hodencamp Rd Suite 120**<br>**Thousand Oaks, CA 91360** | H | | | | | | | 0.00 |

Sheet no. __7___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **4,634.49**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Dean King,**
       **Cheryl Ann King**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2011989/1271117**  **Continental Service GP, Inc.** **PO Box 7** **Fairport, NY 14450** | C | | | **RAMCO college network** | | | | **3,065.73** |
| Account No. **9A2793066**  **Credit Bureau Central** **Po Box 29299** **Las Vegas, NV 89126** | W | | | Opened  1/13/05 **Collection Childrens Emrg Med Ntwrk** | | | | **955.00** |
| Account No. **9A3021331**  **Credit Bureau Central** **Po Box 29299** **Las Vegas, NV 89126** | W | | | Opened 11/15/05 **Collection Radiology Specialists Ltd** | | | | **580.00** |
| Account No. **9A3032738**  **Credit Bureau Central** **Po Box 29299** **Las Vegas, NV 89126** | H | | | Opened 11/22/05 **Collection Radiology Specialists Ltd** | | | | **450.00** |
| Account No. **9A3110181**  **Credit Bureau Central** **Po Box 29299** **Las Vegas, NV 89126** | W | | | Opened  1/06/06 **Collection Nevada Power** | | | | **391.00** |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,441.73**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Dean King,**
     **Cheryl Ann King,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **9A3169232**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | **W** | | Opened  1/21/06<br>Collection Radiology Specialists Ltd | | | | 295.00 |
| Account No. **9A2852780**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | **W** | | Opened  3/29/05<br>Collection Radiology Specialists Ltd | | | | 246.00 |
| Account No. **9A3750436**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | **H** | | Opened  4/10/07<br>Collection Radiology Specialists Ltd | | | | 233.00 |
| Account No. **9A3416675**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | **W** | | Opened  4/29/06<br>Collection Pulmonary Specialists Group Of | | | | 123.00 |
| Account No. **9A3183452**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | **W** | | Opened  1/30/06<br>Collection Radiology Specialists Ltd | | | | 118.00 |

Sheet no. **9** of **29** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,015.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
       **Cheryl Ann King**                                       Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **9A2612183**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | | W | | **Opened  6/22/04**<br>**Collection Radiology Specialists Ltd** | | | | 104.00 |
| Account No. **9A3404546**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | | W | | **Opened  4/11/06**<br>**Collection Radiology Specialists Ltd** | | | | 80.00 |
| Account No. **9A3169215**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | | W | | **Opened  1/21/06**<br>**Collection Radiology Specialists Ltd** | | | | 71.00 |
| Account No. **9A2015098**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | | W | | **Opened  8/18/02**<br>**Collection Radiology Specialists Ltd** | | | | 58.00 |
| Account No. **9A3914915**<br><br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | | W | | **Opened  8/28/07**<br>**Collection Radiology Specialists Ltd** | | | | 46.00 |

Sheet no. __**10**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)        **359.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Dean King,**
      **Cheryl Ann King,**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9A3404372<br><br>**Credit Bureau Central<br>Po Box 29299<br>Las Vegas, NV 89126** | | W | **Opened  4/11/06<br>Collection Radiology Specialists Ltd** | | | | 46.00 |
| Account No. 000083638010001<br><br>**Credit Bureau Central<br>2355 Red Rock<br>Suite 200<br>Las Vegas, NV 89126** | | C | **Pulmonary SP. GP.** | | | | 114.34 |
| Account No. 9A2793066<br><br>**Creditburcen<br>2355 Red Rock St Ste 200<br>Las Vegas, NV 89146** | | W | **Opened  1/01/05  Last Active  3/01/08<br>Med1 02 Childrens Emrg Med Ntwrk** | | | | 955.00 |
| Account No. 9A3021331<br><br>**Creditburcen<br>2355 Red Rock St Ste 200<br>Las Vegas, NV 89146** | | W | **Opened 11/01/05  Last Active  3/01/08<br>Med1 02 Radiology Specialists Ltd** | | | | 580.00 |
| Account No. 9A3032738<br><br>**Creditburcen<br>2355 Red Rock St Ste 200<br>Las Vegas, NV 89146** | | H | **Opened 11/01/05  Last Active  3/01/08<br>Med1 02 Radiology Specialists Ltd** | | | | 450.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,145.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Dean King,**
       **Cheryl Ann King,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **9A3110181**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | | | | **Opened  1/01/06  Last Active  3/01/08**<br>**10 Nevada Power** | | | | 391.00 |
| Account No. **9A3169232**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | | | | **Opened  1/01/06  Last Active  3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 295.00 |
| Account No. **9A2852780**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | | | | **Opened  3/01/05  Last Active  3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 246.00 |
| Account No. **9A3750436**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | H | | | | **Opened  4/01/07  Last Active  3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 233.00 |
| Account No. **9A3416675**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | | | | **Opened  4/01/06  Last Active  3/01/08**<br>**Med1 02 Pulmonary Specialists Group** | | | | 123.00 |

Sheet no. __**12**__ of __**29**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,288.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
      **Cheryl Ann King,**

Case No. _____

_____ ,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9A3183452**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | **Opened 1/01/06 Last Active 3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 118.00 |
| Account No. **9A2612183**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | **Opened 6/01/04 Last Active 3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 104.00 |
| Account No. **9A3404546**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | **Opened 4/01/06 Last Active 3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 80.00 |
| Account No. **9A3169215**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | W | **Opened 1/01/06 Last Active 3/01/08**<br>**Med1 02 Radiology Specialists Ltd** | | | | 71.00 |
| Account No. **5449-1008-4483-5120**<br><br>**Delta Management Group**<br>**2499 Rice St #245** | | C | | | | | 981.77 |

Sheet no. __**13**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,354.77 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
         **Cheryl Ann King**                                                              Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **072700049413** <br><br> **Double Day Books Club** <br> **751 Summa Ave** <br> **Westbury, NY 11590** | C | | | | | | 220.31 |
| Account No. **732152822** <br><br> **Eastern Collection Corp.** <br> **1626 Locust Ave.** <br> **Bohemia, NY 11716** | C | | | | | | 100.75 |
| Account No. **Mitch 001** <br><br> **Eastern OB/GYN** <br> **4456 S. Eastern Ave** <br> **Las Vegas, NV 89119** | C | | Medical | | | | 43.27 |
| Account No. **14902548** <br><br> **Er Solutions** <br> **Po Box 9004** <br> **Renton, WA 98057** | W | | Opened  9/01/04  Last Active 12/01/07 <br> Collection Washington Mutual | | | | 258.00 |
| Account No. **23720451** <br><br> **Financial Corp of America** <br> **PO Box 203600** <br> **Austin, TX 78720** | C | | Desert Springs Hospital | | | | 2,909.66 |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,531.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
      **Cheryl Ann King**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 8521866517 | | | | | | | | |
| **First National  Bank** **po box 939019** **San Diego, CA 92193** | C | | | | | | | **Unknown** |
| Account No. 37006955 | | Bank | | | | | | |
| **First National Bank of Nevada** **PO Box 60095** **New River, AZ 85087** | C | | | | | | | **508.77** |
| Account No. 4731900442262738 | | Opened  9/04/01  Last Active  9/13/01 CreditCard | | | | | | |
| **Firts National Bank of Marin/Credit One** **Customer Service** **Po Box 98873** **Las Vegas, NV 89193** | W | | | | | | | **0.00** |
| Account No. VSD24480766 | | medical | | | | | | |
| **Flamingo Emergency Physicians** **POB 13901** **Philadelphia, PA 19101** | C | | | | | | | **149.93** |
| Account No. 04218699 | | | | | | | | |
| **Focus Receives Management LLC** **8306 Laurel Four Circle Ste 200** **Tampa, FL 33610** | C | | | | | | | **286.67** |

Sheet no. __**15**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**945.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

4/16/08  7:15AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
     **Cheryl Ann King,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A252318354180100000000**<br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | C | | | | | **123.09** |
| Account No. **603220729006**<br><br>**GEMB / Walmart**<br>**Attention:  Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | C | **Opened  7/01/85  Last Active 12/10/03**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **1094**<br><br>**Gloria Park Villas**<br>**3625 S. Decatur**<br>**Las Vegas, NV 89103** | | C | **Gloria Park Villas** | | | | **762.33** |
| Account No. **5069701**<br><br>**Grant & Weber**<br>**861 Coronado Center Dr S**<br>**Henderson, NV 89052** | | H | **Opened 11/15/06**<br>**Collection Cardiovascular Consultants Snv** | | | | **2,685.00** |
| Account No. **1767744**<br><br>**Grant & Weber**<br>**861 Coronado Center Dr S**<br>**Henderson, NV 89052** | | W | **Opened 10/27/03**<br>**Collection St. Rose Dominican Hospital** | | | | **585.00** |

Sheet no. **16** of **29** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,155.42**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Dean King,**
    **Cheryl Ann King,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3357234<br><br>Grant & Weber<br>861 Coronado Center Dr S<br>Henderson, NV 89052 | | H | Opened 6/06/06<br>Collection United Westlabs | | | | 298.00 |
| Account No. 3429747<br><br>Grant & Weber<br>861 Coronado Center Dr S<br>Henderson, NV 89052 | | W | Opened 7/25/06<br>Collection Nevada Cardiology Associates | | | | 183.00 |
| Account No. 4405-6103-5748-4657<br><br>House Hold/ UICI/ ACE<br>1717 Central St<br>Evanston, IL 60204 | C | | | | | | 1,023.00 |
| Account No. 702127050035<br><br>HSBC / Best Buy<br>Po Box 15522<br>Wilmington, DE 19850 | | H | Opened 8/09/07 Last Active 2/15/08<br>ChargeAccount | | | | 29.00 |
| Account No. 14337336<br><br>J J Mac Intyre Co Inc<br>1801 California Ave<br>Corona, CA 92881 | | W | Opened 4/18/06 Last Active 10/01/07<br>Collection Paul Chao M.D. | | | | 282.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,815.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Dean King,**
       **Cheryl Ann King**                                                      Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **14337519**<br><br>**J J Mac Intyre Co Inc**<br>**1801 California Ave**<br>**Corona, CA 92881** | | W | **Opened  8/15/06  Last Active  2/01/08**<br>**Collection Paul Chao M.D.** | | | | 271.00 |
| Account No. **61836**<br><br>**Karen Giarrusso**<br>**2635 Box Canyon Dr**<br>**Las Vegas, NV 89128** | | C | | | | | 60.00 |
| Account No. **762312**<br><br>**Las Vegas Atheletic Club**<br>**POB 60207**<br>**Las Vegas, NV 89106** | | C | | | | | 149.00 |
| Account No. **3W10000052597616**<br><br>**LDG Financial Services LLC**<br>**4553 Winters Chapel**<br>**Atlanta, GA 30360** | | C | | | | | 443.45 |
| Account No. **161028016645**<br><br>**Medic West Ambulance Inc**<br>**1501 W Fountainhead Pkwy Suite 650**<br>**Tempe, AZ 85282** | | C | **medical** | | | | 739.74 |

Sheet no. __**18**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,663.19**

4/16/08 7:15AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
         **Cheryl Ann King**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **13479910** | | | | Opened 6/28/05 Last Active 2/28/07 ChargeAccount | | | | |
| **Morgan Jewelers** **545 E 300 S** **Salt Lake City, UT 84102** | H | | | | | | | 0.00 |
| Account No. **962250823** | | | | | | | | |
| **Mystery Book Club** **1626 Locust Ave** **Bohemia, NY 11716** | C | | | | | | | 85.44 |
| Account No. **849** | | | | | | | | |
| **Naomi Hipp MD PC** **11201 S Eastern #120** **Henderson, NV 89052** | C | | | | | | | 14.59 |
| Account No. **31513728** | | | | Opened 11/15/95 Automobile | | | | |
| **National Auto Credit I** **30000 Aurora Rd** **Solon, OH 44139** | W | | | | | | | 0.00 |
| Account No. **576515** | | | | Opened 9/27/01 Last Active 10/26/02 Secured | | | | |
| **Nationwide Acceptance** **Attn: Bankruptcy** **3435 N Cicero Ave** **Chicago, IL 60641** | W | | | | | | | 4,617.00 |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,717.03

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
        **Cheryl Ann King**

Case No. _____

Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **28700389** <br><br> **NCO** <br> **POB 41421 Dept. 35** <br> **Philadelphia, PA 19101** | C | | | **Lab Medicine Consultants** | | | | 88.00 |
| Account No. **30309278** <br><br> **NCO** <br> **POB 41457** <br> **Philadelphia, PA 19101** | C | | | **Lab Med Consultants** | | | | 53.40 |
| Account No. **nv-500-821-278111** <br><br> **NCO** <br> **POB 41457** <br> **Philadelphia, PA 19101** | C | | | **Lab Med Consultants** | | | | 111.00 |
| Account No. **nv-821-272181** <br><br> **NCO** <br> **POB 41457** <br> **Philadelphia, PA 19101** | C | | | **Lab Med Consultants** | | | | 11.85 |
| Account No. **nv-500-821-349506** <br><br> **NCO** <br> **POB 41457** <br> **Philadelphia, PA 19101** | C | | | **Lab Med Consultants** | | | | 50.87 |

Sheet no. __**20**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

315.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
      **Cheryl Ann King**
                                                         Debtors

Case No. _____

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **nv-500821278322** | | | | | | | | |
| **NCO** **POB 41457** **Philadelphia, PA 19101** | C | | | | | | | 23.70 |
| Account No. **366902** | | | | Lab Med Consultants | | | | |
| **NCO** **POB 41457** **Philadelphia, PA 19101** | C | | | | | | | 280.79 |
| Account No. **nv500821366902** | | | | Lab Med Consultants | | | | |
| **NCO** **POB 41457** **Philadelphia, PA 19101** | C | | | | | | | 280.79 |
| Account No. **nv500821350901** | | | | lab med cons | | | | |
| **NCO** **POB 41457** **Philadelphia, PA 19101** | C | | | | | | | 5.25 |
| Account No. **nv500821366289** | | | | Lab Med Consultants | | | | |
| **NCO** **POB 41457** **Philadelphia, PA 19101** | C | | | | | | | 14.86 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

605.39

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
       **Cheryl Ann King**

Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 7311496<br><br>Nco Fin/09<br>507 Prudential Rd<br>Horsham, PA 19044 | | W | | Opened  3/08/04  Last Active  3/01/08<br>Collection At T Cco | | | | 1,059.00 |
| Account No. 27881190<br><br>Nco Fin/35<br>Pob 41726<br>Philadelphia, PA 19101 | | W | | Opened  1/01/05  Last Active  3/01/05<br>Med1 Sunrise Hospital Medical Ctr | | | | 2,728.00 |
| Account No. 27881197<br><br>Nco Fin/35<br>Pob 41726<br>Philadelphia, PA 19101 | | W | | Opened  1/01/05  Last Active  3/01/05<br>Med1 Sunrise Hospital Medical Ctr | | | | 1,577.00 |
| Account No. 27881200<br><br>Nco Fin/35<br>Pob 41726<br>Philadelphia, PA 19101 | | W | | Opened  1/01/05  Last Active  3/01/05<br>Med1 Sunrise Hospital Medical Ctr | | | | 1,395.00 |
| Account No. 27881149<br><br>Nco Fin/35<br>Pob 41726<br>Philadelphia, PA 19101 | | W | | Opened  1/01/05  Last Active  3/01/05<br>Med1 Sunrise Hospital Medical Ctr | | | | 1,348.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,107.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
     **Cheryl Ann King,**                                                                   Case No. _____

_____,
                               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **91590424** | | | | **Sunrise Hospital & Medical Ctr** | | | | |
| **NCO financial system** **10540 white rock  ste #250** **Rancho Cordova, CA 95670** | C | | | | | | | **13,791.64** |
| Account No. **29598435** | | | | **Opened  1/14/07  Last Active  1/01/08** **Collection Sunrise Hospital   Medical Ctr** | | | | |
| **NCO Financial Systems** **507 Prudential Road** **Horsham, PA 19044** | H | | | | | | | **14,898.00** |
| Account No. **18607204** | | | | **Opened 11/23/07  Last Active  3/01/08** **FactoringCompanyAccount Nco Asgne Of At T** | | | | |
| **NCO Financial Systems** **Po Box 4907** **Trenton, NJ 08650** | H | | | | | | | **144.00** |
| Account No. **063310003726 TYPE NJL** | | | | | | | | |
| **North Shores Agency - N16 - 52** **P.O. Box 8901** **Westbury, NY 11590-8901** | C | | | | | | | **24.90** |
| Account No. **46648** | | | | **medical** | | | | |
| **Osama Haikal MD** **2136 E Desert Inn #A** **Las Vegas, NV 89109** | C | | | | | | | **78.28** |

Sheet no. __**23**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
(Total of this page)      **28,936.82**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Dean King,**
        **Cheryl Ann King**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. PAL1GRTSEN16100907<br><br>**Palisades Collections**<br>**Attn: Bankruptcy**<br>**Po Box 1244**<br>**Englewood Cliffs, NJ 07632** | W | | | **Opened  2/03/07  Last Active  3/01/08**<br>**FactoringCompanyAccount Bank Of Marin** | | | | **581.00** |
| Account No. 8734296380<br><br>**Penn Credit Corp.**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108-0988** | C | | | | | | | **45.50** |
| Account No. PLS41120010100786<br><br>**Plusfour Inc.**<br>**6345 S Pecos Rd Ste 212**<br>**Las Vegas, NV 89120** | W | | | **Opened  8/28/02  Last Active 11/01/07**<br>**Collection Las Vegas Skin   Cancer Clinic** | | | | **546.00** |
| Account No. PLS4MD00702404874<br><br>**Plusfour Inc.**<br>**6345 S Pecos Rd Ste 212**<br>**Las Vegas, NV 89120** | H | | | **Opened 12/20/07  Last Active  2/01/08**<br>**Collection Advanced Orthopedics** | | | | **198.00** |
| Account No. 3561706083561<br><br>**Quantum Collections**<br>**3224 Civic Center Dr**<br>**North Las Vegas, NV 89030** | W | | | **Opened  2/08/06  Last Active  2/01/08**<br>**Collection Las Vegas Athletic Club** | | | | **1,010.00** |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,380.50**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Larry Dean King,**
          **Cheryl Ann King**                                                            Case No. _____

                                                                        ,
                                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3969145953969<br><br>Quantum Collections<br>3224 Civic Center Dr<br>North Las Vegas, NV 89030 | | W | | | Opened  5/01/02<br>ReturnedCheck Smith S Food   Drug Centers | | | | 204.00 |
| Account No. 2123494712<br><br>Rc Willey Home Furnishings<br>Attn: Bankruptcy<br>Po Box 65320<br>Salt Lake City, UT 84165 | | H | | | Opened  9/03/04 Last Active  2/14/08<br>ChargeAccount | | | | 398.00 |
| Account No. 1030836<br><br>Receivable Recovery Se<br>110 Veterans Blvd<br>Metairie, LA 70005 | | W | | | Opened  5/04/06 Last Active  7/01/06<br>Collection Sunrise Trauma Svc | | | | 884.00 |
| Account No. 1030883<br><br>Receivable Recovery Se<br>110 Veterans Blvd<br>Metairie, LA 70005 | | W | | | Opened  5/04/06 Last Active  7/01/06<br>Collection Sunrise Trauma Svc | | | | 173.00 |
| Account No. 867R042202<br><br>Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | W | | | Opened 11/22/05 Last Active  2/01/08<br>FactoringCompanyAccount Doubleday Book Club | | | | 85.00 |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal
                                                              (Total of this page)              | 1,744.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
        **Cheryl Ann King**                 Case No. _____

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** 010867355 | | | | | | | | |
| RJM Acquisitions Funding 575 Underhill Blvd #224 Syosset, NY 11791 | C | | | | | | | 748.33 |
| **Account No.** 39004 | | | | Opened 4/02/02 Last Active 10/25/02 Unsecured | | | | |
| Rue Educational Publis 150 S Mcmullen Booth Rd Clearwater, FL 33759 | | W | | | | | | 2,075.00 |
| **Account No.** 072700049413 | | | | | | | | |
| Scholastic Books - Begining Readers 751 Summa Ave Westbury, NY 11590 | C | | | | | | | 30.91 |
| **Account No.** 468605690 | | | | Opened 11/10/04 Last Active 4/29/05 Educational | | | | |
| Southeast Financial Cu 510 Maryland Way Ste 100 Brentwood, TN 37024 | | W | | | | | | 0.00 |
| **Account No.** 40000154530970001 | | | | Opened 12/13/03 Last Active 7/25/05 Automobile | | | | |
| Triad Financial Corp 5201 Rufe Snow Dr  Ste 400 North Richland Hills, TX 76180 | C | | | | | | | 0.00 |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                             (Total of this page)      **2,854.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**                                                    Case No. _____
        **Cheryl Ann King**

                                                     ,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1349517**<br><br>**Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN 47130** | | W | | | **Opened 10/01/01  Last Active  9/01/02**<br>**Las Vegas Clark County Library** | | | | **439.00** |
| Account No. **05079700**<br><br>**UROLOGY SPECIALIST OF NV**<br>**5701 W. CHARELSTON STE #201**<br>**Las Vegas, NV 89146** | | C | | | **Medical** | | | | **50.17** |
| Account No. **8888235012523**<br><br>**Us Bank Of Nevada**<br>**Po Box 279**<br>**Beaverton, OR 97075** | | C | | | **Opened  2/01/84**<br>**CheckCreditOrLineOfCredit** | | | | **0.00** |
| Account No. **1560683870323**<br><br>**Washington Mutual Mortgage**<br>**Attention:  Bankruptcy Dept. JAXA 2035**<br>**7255 Bay Meadows Way**<br>**Jacksonville, FL 32256** | | H | | | **Opened  8/25/04  Last Active  6/15/05**<br>**ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **6850163600**<br><br>**Wells Fargo Hm Mortgag**<br>**Po Box 10335**<br>**Des Moines, IA 50306** | | C | | | **Opened 11/12/93  Last Active  7/01/01**<br>**VeteransAdministrationRealEstateMortgage** | | | | **0.00** |

Sheet no. __**27**__ of __**29**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal             | **489.17**
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry Dean King,**  
       **Cheryl Ann King**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **2901780**<br><br>**West Asset Management<br>1000 N Travis St Ste F<br>Sherman, TX 75090** | | W | | Opened 11/27/05<br>Collection Sunrise Hospital   Medical Ctr | | | | 13,791.00 |
| Account No. **4827441**<br><br>**West Asset Management<br>1000 N Travis St Ste F<br>Sherman, TX 75090** | | H | | Opened 11/26/06  Last Active  1/01/07<br>Collection Sunrise Hospital   Medical Ctr | | | | 2,942.00 |
| Account No. **2131301**<br><br>**West Asset Management<br>1000 N Travis St Ste F<br>Sherman, TX 75090** | | W | | Opened  6/26/05<br>Collection Sunrise Hospital   Medical Ctr | | | | 2,728.00 |
| Account No. **2131306**<br><br>**West Asset Management<br>1000 N Travis St Ste F<br>Sherman, TX 75090** | | W | | Opened  6/26/05<br>Collection Sunrise Hospital   Medical Ctr | | | | 1,577.00 |
| Account No. **2131311**<br><br>**West Asset Management<br>1000 N Travis St Ste F<br>Sherman, TX 75090** | | W | | Opened  6/26/05<br>Collection Sunrise Hospital   Medical Ctr | | | | 1,395.00 |

Sheet no. __**28**__ of __**29**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

| 22,433.00 |
|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry Dean King,**
　　　　**Cheryl Ann King**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| Account No. **2131266** <br><br> **West Asset Management** <br> **1000 N Travis St Ste F** <br> **Sherman, TX 75090** | | W | | **Opened  6/26/05** <br> **Collection Sunrise Hospital   Medical Ctr** | | | | **1,347.00** |
| Account No. **4938787** <br><br> **West Asset Management** <br> **1000 N Travis St Ste F** <br> **Sherman, TX 75090** | | W | | **Opened 12/15/06  Last Active  2/01/07** <br> **Collection Sunrise Hospital   Medical Ctr** | | | | **50.00** |
| Account No. **6775016** <br><br> **West Asset Management** <br> **1000 N Travis St Ste F** <br> **Sherman, TX 75090** | | W | | **Opened 11/06/07** <br> **Collection Sunrise Hospital   Medical Ctr** | | | | **50.00** |
| Account No. **106300304712413** <br><br> **Wffinancial** <br> **6400 S. Eastern** <br> **Las Vegas, NV 89119** | | W | | **Opened  6/01/03  Last Active  7/01/04** <br> **InstallmentLoan** | | | | **0.00** |
| Account No. **3084** <br><br> **Xin Nick Liu Do** <br> **PO Box 98809** <br> **Las Vegas, NV 89193** | | C | | **Medical** | | | | **196.00** |

Sheet no. __**29**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,643.00**

Total
(Report on Summary of Schedules)

**126,224.94**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     **Larry Dean King,**
          **Cheryl Ann King**

Case No. _____

_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Larry Dean King,**
         **Cheryl Ann King**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Larry Dean King**
       **Cheryl Ann King**                                           Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Realtor** | **Registered Nurse** |
| Name of Employer | **Titan Real Estate and Investment** | **Desert Springs Hospital** |
| How long employed | **1 Year** | **9 Months** |
| Address of Employer | **3651 Lindell** **Las Vegas, NV** | **2750 E. Flamingo** **Las Vegas, NV 89132** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 738.00 | $ 7,387.20 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 738.00 | $ 7,387.20 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 1,224.00 |
| b.  Insurance | $ 0.00 | $ 462.00 |
| c.  Union dues | $ 0.00 | $ 46.00 |
| d.  Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,732.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 738.00 | $ 5,655.20 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 738.00 | $ 5,655.20 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,393.20 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Larry Dean King**
    **Cheryl Ann King**                                   Case No. _____
                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,035.00 |
| a. Are real estate taxes included?       Yes ___       No **X** | | |
| b. Is property insurance included?       Yes ___       No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 180.00 |
|              b. Water and sewer | $ | 18.00 |
|              c. Telephone | $ | 118.00 |
|              d. Other  **See Detailed Expense Attachment** | $ | 359.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 140.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 605.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 100.00 |
|              b. Life | $ | 0.00 |
|              c. Health | $ | 0.00 |
|              d. Auto | $ | 114.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|              (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 385.00 |
|              b. Other | $ | 0.00 |
|              c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 303.00 |
| 17. Other  **Association** | $ | 92.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,744.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,393.20 |
| b.   Average monthly expenses from Line 18 above | $ | 5,744.00 |
| c.   Monthly net income (a. minus b.) | $ | 649.20 |

B6J (Official Form 6J) (12/07)

In re  **Larry Dean King**
       **Cheryl Ann King**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell** | $ | **100.00** |
| **Cable** | $ | **112.00** |
| **gas** | $ | **125.00** |
| **internet** | $ | **22.00** |
| **Total Other Utility Expenditures** | $ | **359.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **Larry Dean King**
      **Cheryl Ann King**

Debtor(s)

Case No. _____

Chapter   **13** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _**44**_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 16, 2008** _____

Signature   **/s/ Larry Dean King** _____
          **Larry Dean King**
          Debtor

Date   **April 16, 2008** _____

Signature   **/s/ Cheryl Ann King** _____
          **Cheryl Ann King**
          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Larry Dean King**
         **Cheryl Ann King** _____

                                         Debtor(s)

Case No. _____

Chapter     **13** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,157.00** | **2008 ytd income from employment** |
| **$55,057.00** | **2007 Income from employment** |
| **$26,123.00** | **2006 Income from employment** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sunrise Hospital v. Larry and Cheryl King, Case: A554957** | **Collection Action** | **Clark County, Nevada** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DeLuca & Associates**<br>**5830 West Flamingo Road**<br>**Suite 233**<br>**Las Vegas, NV 89103** | | **$995.00** |

4

**10.  Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15.  Prior address of debtor**

None

■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                                      DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None

■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS

NAME AND ADDRESS OF
GOVERNMENTAL UNIT

DATE OF
NOTICE

ENVIRONMENTAL
LAW

None

■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS

NAME AND ADDRESS OF
GOVERNMENTAL UNIT

DATE OF
NOTICE

ENVIRONMENTAL
LAW

None

■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT

DOCKET NUMBER

STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

7

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 16, 2008**                      Signature    **/s/ Larry Dean King**
                                                            **Larry Dean King**
                                                            Debtor


Date  **April 16, 2008**                      Signature    **/s/ Cheryl Ann King**
                                                            **Cheryl Ann King**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Larry Dean King**
       **Cheryl Ann King**

Case No. _____

Debtor(s)     Chapter   **13** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,400.00** |
| Prior to the filing of this statement I have received | $ | **995.00** |
| Balance Due | $ | **3,405.00** |

2.   $ **274.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 16, 2008** _____

           **/s/ Anthony J. DeLuca** _____
           **Anthony J. DeLuca**
           **DeLuca & Associates**
           **5830 West Flamingo Road**
           **Suite 233**
           **Las Vegas, NV 89103**
           **(702) 873-5386  Fax: (702) 873-5903**

---

## United States Bankruptcy Court
### District of Nevada

In re    **Larry Dean King**
      **Cheryl Ann King**

Debtor(s)

Case No.
Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **April 16, 2008**

/s/ **Larry Dean King**
**Larry Dean King**
Signature of Debtor

Date:    **April 16, 2008**

/s/ **Cheryl Ann King**
**Cheryl Ann King**
Signature of Debtor

.

Larry Dean King
Cheryl Ann King
5672 Maceta Ave
Las Vegas, NV 89103

Anthony J. DeLuca
DeLuca & Associates
5830 West Flamingo Road
Suite 233
Las Vegas, NV 89103

Acct Corp
Acct No D23216N1
4955 South Durango Suite 177
Las Vegas, NV 89113

AFNI
Acct No 019820067-02
P.O Box 3427
Bloomington, IL 61702

Afni, Inc.
Acct No 2023333827
Attn: DP Recovery Support
Po Box 3427
Bloomington, IL 61702

Allied Coll
Acct No 122476401
3080 S Durango Dr Suite 208
Las Vegas, NV 89117

Allied Coll
Acct No 120139201
3080 S Durango Dr Suite 208
Las Vegas, NV 89117

Allied Collection SVCS
Acct No 1351398-1
3080 S. Durango Dr.
Suite 208
Las Vegas, NV 89117-9194

Allied Interstate
Acct No 962250823
PO Box 5023
New York, NY 10163

Allied Interstate
Acct No 734165018
PO Box 5023
New York, NY 10163

Allied Interstate
Acct No 686574
3000 Corporate Exchange Dr.
#5 floor
Columbus, OH 43231

Allied Interstate
Acct No 732152822
PO Box 5023
New York, NY 10163

Allstate Adj
Acct No 141572075382
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573469869
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141572892964
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141572859043
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573243714
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141571991967
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141571983478
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573643809
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573179564
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573179563
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573179565
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141572691334
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573469868
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

Allstate Adj
Acct No 141573179566
1050 E Flamingo Rd Suite E320
Las Vegas, NV 89119

American Family Insurance
Acct No 05023577169
c/o CCS
Two Wells Ave
Newton Center, MA 02459

American Family Insurance
Acct No 0502300943
c/o CCS
Two Wells Ave
Newton Center, MA 02459

American Recovery Services, Inc
555 St. Charles Drive Suite 100
Thousand Oaks, CA 91360

Asset Acceptance
Acct No 19240212
P.O. Box 2036
Warren, MI 48090-2036

At&t Credit Management
Acct No 252318354
At&t Credit Manage Po Box 57907
Murray, UT 84157

Awa Collections
Acct No 469380
Po Box 6605
Orange, CA 92863

Blalock & Qualey
Acct No 700831
20 Bonneville Ave.
Las Vegas, NV 89101

Calvary Portfolio Services
Acct No 4218699
Attention: Bankruptcy Department
Po Box 1017
Hawthorne, NY 10532

Canyon Ret
Acct No 4105654
1820 E Lakemead Dr
N Las Vegas, NV 89030

Capital 1 Bank
Acct No 529107207715
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Cardiovascular Consultants
Acct No CAR731-005069701
861 Coronado Center Rd #211
Henderson, NV 89052

CBCS
Acct No 03-42725474
PO Box 69
Columbus, OH 43216

Clark County Collectio
Acct No 22544
6124 W Sahara Ave
Las Vegas, NV 89146

Clark County Collectio
Acct No 300648
6124 W Sahara Ave
Las Vegas, NV 89146

Coasttocoast
Acct No C2C13RES011770994
101 Hodencamp Rd Suite 120
Thousand Oaks, CA 91360

Continental Service GP, Inc.
Acct No 2011989/1271117
PO Box 7
Fairport, NY 14450

```
Credit Bureau Central
Acct No 9A2793066
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3021331
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3032738
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3110181
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3169232
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A2852780
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3750436
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3416675
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3183452
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A2612183
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3404546
Po Box 29299
Las Vegas, NV 89126
```

```
Credit Bureau Central
Acct No 9A3169215
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A2015098
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3914915
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 9A3404372
Po Box 29299
Las Vegas, NV 89126

Credit Bureau Central
Acct No 000083638010001
2355 Red Rock
Suite 200
Las Vegas, NV 89126

Creditburcen
Acct No 9A2793066
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3021331
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3032738
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3110181
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3169232
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A2852780
2355 Red Rock St Ste 200
Las Vegas, NV 89146
```

```
Creditburcen
Acct No 9A3750436
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3416675
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3183452
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A2612183
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3404546
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Creditburcen
Acct No 9A3169215
2355 Red Rock St Ste 200
Las Vegas, NV 89146

Delta Management Group
Acct No 5449-1008-4483-5120
2499 Rice St #245

Double Day Books Club
Acct No 072700049413
751 Summa Ave
Westbury, NY 11590

Eastern Collection Corp.
Acct No 732152822
1626 Locust Ave.
Bohemia, NY 11716

Eastern OB/GYN
Acct No Mitch 001
4456 S. Eastern Ave
Las Vegas, NV 89119

Er Solutions
Acct No 14902548
Po Box 9004
Renton, WA 98057
```

Financial Corp of America
Acct No 23720451
PO Box 203600
Austin, TX 78720

First National  Bank
Acct No 8521866517
po box 939019
San Diego, CA 92193

First National Bank of Nevada
Acct No 37006955
PO Box 60095
New River, AZ 85087

Firts National Bank of Marin/Credit One
Acct No 4731900442262738
Customer Service
Po Box 98873
Las Vegas, NV 89193

Flamingo Emergency Physicians
Acct No VSD24480766
POB 13901
Philadelphia, PA 19101

Focus Receives Management LLC
Acct No 04218699
8306 Laurel Four Circle Ste 200
Tampa, FL 33610

GC Services Limited Partnership
Acct No A252318354180100000000
Collection Agency Division
6330 Gulfton
Houston, TX 77081

GEMB / Walmart
Acct No 603220729006
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gloria Park Villas
Acct No 1094
3625 S. Decatur
Las Vegas, NV 89103

Grant & Weber
Acct No 5069701
861 Coronado Center Dr S
Henderson, NV 89052

Grant & Weber
Acct No 1767744
861 Coronado Center Dr S
Henderson, NV 89052

Grant & Weber
Acct No 3357234
861 Coronado Center Dr S
Henderson, NV 89052

Grant & Weber
Acct No 3429747
861 Coronado Center Dr S
Henderson, NV 89052

House Hold/ UICI/ ACE
Acct No 4405-6103-5748-4657
1717 Central St
Evanston, IL 60204

HSBC / Best Buy
Acct No 702127050035
Po Box 15522
Wilmington, DE 19850

HSBC Auto Finance
Acct No 50000100869830
Bankruptcy Notices
Po Box 17909
San Diego, CA 92177

J J Mac Intyre Co Inc
Acct No 14337336
1801 California Ave
Corona, CA 92881

J J Mac Intyre Co Inc
Acct No 14337519
1801 California Ave
Corona, CA 92881

Karen Giarrusso
Acct No 61836
2635 Box Canyon Dr
Las Vegas, NV 89128

Las Vegas Atheletic Club
Acct No 762312
POB 60207
Las Vegas, NV 89106

LDG Financial Services LLC
Acct No 3W10000052597616
4553 Winters Chapel
Atlanta, GA 30360

Litton Loan Servicing
Acct No 00000000015386923
Attention: Bankruptcy
4828 Loop Central Drive
Houston, TX 77081

Medic West Ambulance Inc
Acct No 161028016645
1501 W Fountainhead Pkwy Suite 650
Tempe, AZ 85282

Morgan Jewelers
Acct No 13479910
545 E 300 S
Salt Lake City, UT 84102

Mystery Book Club
Acct No 962250823
1626 Locust Ave
Bohemia, NY 11716

Naomi Hipp MD PC
Acct No 849
11201 S Eastern #120
Henderson, NV 89052

National Auto Credit I
Acct No 31513728
30000 Aurora Rd
Solon, OH 44139

Nationwide Acceptance
Acct No 576515
Attn: Bankruptcy
3435 N Cicero Ave
Chicago, IL 60641

NCO
Acct No 28700389
POB 41421 Dept. 35
Philadelphia, PA 19101

NCO
Acct No 30309278
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv-500-821-278111
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv-821-272181
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv-500-821-349506
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv-500821278322
POB 41457
Philadelphia, PA 19101

NCO
Acct No 366902
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv500821366902
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv500821350901
POB 41457
Philadelphia, PA 19101

NCO
Acct No nv500821366289
POB 41457
Philadelphia, PA 19101

Nco Fin/09
Acct No 7311496
507 Prudential Rd
Horsham, PA 19044

Nco Fin/35
Acct No 27881190
Pob 41726
Philadelphia, PA 19101

Nco Fin/35
Acct No 27881197
Pob 41726
Philadelphia, PA 19101

Nco Fin/35
Acct No 27881200
Pob 41726
Philadelphia, PA 19101

Nco Fin/35
Acct No 27881149
Pob 41726
Philadelphia, PA 19101

NCO financial system
Acct No 91590424
10540 white rock  ste #250
Rancho Cordova, CA 95670

NCO Financial Systems
Acct No 29598435
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems
Acct No 18607204
Po Box 4907
Trenton, NJ 08650

North Shores Agency - N16 - 52
Acct No 063310003726 TYPE NJL
P.O. Box 8901
Westbury, NY 11590-8901

Osama Haikal MD
Acct No 46648
2136 E Desert Inn #A
Las Vegas, NV 89109

Palisades Collections
Acct No PAL1GRTSEN16100907
Attn: Bankruptcy
Po Box 1244
Englewood Cliffs, NJ 07632

Penn Credit Corp.
Acct No 8734296380
P.O. Box 988
Harrisburg, PA 17108-0988

Plusfour Inc.
Acct No PLS41120010100786
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Plusfour Inc.
Acct No PLS4MD00702404874
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Quantum Collections
Acct No 3561706083561
3224 Civic Center Dr
North Las Vegas, NV 89030

Quantum Collections
Acct No 3969145953969
3224 Civic Center Dr
North Las Vegas, NV 89030

Rc Willey Home Furnishings
Acct No 2123494712
Attn: Bankruptcy
Po Box 65320
Salt Lake City, UT 84165

Receivable Recovery Se
Acct No 1030836
110 Veterans Blvd
Metairie, LA 70005

Receivable Recovery Se
Acct No 1030883
110 Veterans Blvd
Metairie, LA 70005

Rjm Acq Llc
Acct No 867R042202
575 Underhill Blvd Ste 2
Syosset, NY 11791

RJM Acquisitions Funding
Acct No 010867355
575 Underhill Blvd #224
Syosset, NY 11791

Rue Educational Publis
Acct No 39004
150 S Mcmullen Booth Rd
Clearwater, FL 33759

Scholastic Books - Begining Readers
Acct No 072700049413
751 Summa Ave
Westbury, NY 11590

Southeast Financial Cu
Acct No 468605690
510 Maryland Way Ste 100
Brentwood, TN 37024

Triad Financial Corp
Acct No 40000154530970001
5201 Rufe Snow Dr  Ste 400
North Richland Hills, TX 76180

Unique National Collec
Acct No 1349517
119 E Maple St
Jeffersonville, IN 47130

UROLOGY SPECIALIST OF NV
Acct No 05079700
5701 W. CHARELSTON STE #201
Las Vegas, NV 89146

Us Bank Of Nevada
Acct No 8888235012523
Po Box 279
Beaverton, OR 97075

Washington Mutual Mortgage
Acct No 1560683870323
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256

Wells Fargo Hm Mortgag
Acct No 6850163600
Po Box 10335
Des Moines, IA 50306

West Asset Management
Acct No 2901780
1000 N Travis St Ste F
Sherman, TX 75090

West Asset Management
Acct No 4827441
1000 N Travis St Ste F
Sherman, TX 75090

West Asset Management
Acct No 2131301
1000 N Travis St Ste F
Sherman, TX 75090

West Asset Management
Acct No 2131306
1000 N Travis St Ste F
Sherman, TX 75090

West Asset Management
Acct No 2131311
1000 N Travis St Ste F
Sherman, TX 75090

West Asset Management
Acct No 2131266
1000 N Travis St Ste F
Sherman, TX 75090

West Asset Management
Acct No 4938787
1000 N Travis St Ste F
Sherman, TX 75090

```
West Asset Management
Acct No 6775016
1000 N Travis St Ste F
Sherman, TX 75090

Wffinancial
Acct No 106300304712413
6400 S. Eastern
Las Vegas, NV 89119

Xin Nick Liu Do
Acct No 3084
PO Box 98809
Las Vegas, NV 89193
```